In the Matter of the Application of SAMUEL LESSER, Appellant.

Submitted April 2, 1945; decided April 12, 1945.

*Samuel Lesser*, in person, for motion.

No one opposed.

Motion dismissed. The order is not appealable.